# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*[1]<br><br>　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASPEN GLEN GOLF CLUB MANAGEMENT COMPANY a/k/a ASPEN GLEN; CLUBCORP HOLDINGS, INC.,<br>　　　　　Defendants. | Adv. Proc. Case No. 19-50858 (BLS)<br><br>**Ref Docket No. 33** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 8, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on February 10, 2021 at 10:30 A.M. (Prevailing Eastern Time) before the Honorable Brendan L. Shannon," dated February 8, 2021 [Docket No. 33] by causing a true and correct copies to be:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

i. delivered via electronic mail to the following parties: *wbowden@ashbygeddes.com; bkeenan@ashbygeddes.com; kjohnson@taftlaw.com; jmcdonald@taftlaw.com.*

*/s/ Alison Moodie*
Alison Moodie

Sworn to before me this
16 day of February, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022